UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DANNY R. REYNOLDS, ) | |
| ) | |
| Plaintiff ) | |
| ) | CAUSE NO. 3:06-CV-038 RM |
| vs. ) | |
| ) | |
| JOHN R. VanNATTA, ) | |
| and CHAD BARR ) | |
| ) | |
| Defendants ) | |

## OPINION AND ORDER

Danny R. Reynolds, a *pro se* prisoner, was granted to and including July 14, 2006 to file an amended complaint. To date he has not responded to that order. In it, the court advised him that, "if he does not file an amended complaint on or before the deadline, this case will be dismissed because it does not state a claim for which relief can be granted." (Docket # 9).

For the foregoing reasons, this case is DISMISSED pursuant to 28 U.S.C. § 1915A.

SO ORDERED.

ENTERED: July  31 , 2006

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court